**No. 51996.**—W. R. Zanes & Co. *v.* United States, protests 122798–K, etc. (Galveston).

Opinion by KINCHELOE, J.    At the trial sample pieces of cloth were received in evidence as collective exhibit 1, and it was agreed that said samples be submitted for analyses, both sides to abide by the result.    From the reports of the Government chemist, received in evidence as collective exhibit 2, the court found that certain of the cotton cloth is not jacquard-figured, but is dutiable as cotton cloth under the provisions of paragraph 904, as claimed.    The protests were sustained to this extent.

**No. 51997.**—Wimelbacher & Rice et al. *v.* United States, protests 9615–K, etc. (New York).

Opinion by KINCHELOE, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51998.**—Wm. R. Montgomery et al. *v.* United States, protests 33395–K, etc. (New York).

Opinion by KINCHELOE, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51999.**—Robert McBratney & Co., Inc., et al. *v.* United States, protests 38654–K, etc. (New York).

Opinion by KINCHELOE, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52000.**—Lewis & Locke, Inc., et al. *v.* United States, protests 51055–K, etc. (New York).

Opinion by KINCHELOE, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52001.**—Fisba Fabrics, Inc., et al. *v.* United States, protests 55044–K, etc. (New York).

Opinion by KINCHELOE, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.